250 F.3d 1272 (9th Cir. 2001)
 JOHN W. DISHMAN, PLAINTIFF-APPELLEE-CROSS-APPELLANT,
v.
UNUM LIFE INSURANCE COMPANY OF AMERICA; THE ADAMS, DUQUE & HAZELTINE LONG TERM OPINION DISABILITY INCOME PLAN, DEFENDANTS-APPELLANTS-CROSS-APPELLEES.
 Nos. 99-55963, 99-56077
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted February 13, 2001
May 8, 2001
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE REVISED OPINION AT 269 F.3d 974.